**DISMISSED and Opinion Filed November 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01230-CV

### IN RE ALEX PERRY NEAL, Relator

**Original Proceeding from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-84128-2019**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Osborne

Alex Perry Neal has filed an original application for writ of habeas corpus in this Court challenging his arrest for harassment. We do not have jurisdiction to consider an original application for writ of habeas corpus filed in a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam).

Accordingly, we dismiss the appeal for want of jurisdiction. We deny as moot any pending motions.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191230F.P05